IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HOLLIDAY, | No. CIV S-07-1422-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1), filed on July 18, 2007.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

      The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b), as to Drs. Traquina and Naka.[1]  If the allegations are proven,

---

[1] Plaintiff's complaint also names DK Sisto as a defendant.  However, the allegations as to defendant Sisto were found to be insufficient to state a claim.  Plaintiff's was provided an opportunity to file an amended complaint, but has not done so within the time allowed.  Therefore, findings and recommendations will issue separately recommending the dismissal of Sisto from this action.

plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Dr. Traquina and Dr. Naka;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed July 18, 2007; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Two completed USM-285 form(s); and

    d. Three copies of the endorsed complaint filed July 18, 2007.

DATED: November 29, 2007

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS HOLLIDAY,<br><br>    Plaintiff,<br><br>  vs.<br><br>D.K. SISTO, et al.,<br><br>    Defendants.<br><br>_____/ | No. CIV S-07-1422-LKK-CMK-P<br><br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order:

      __1__      completed summons form;

      ____      completed USM-285 form(s); and

      ____      copies of the complaint filed on July 18, 2007.

DATED: _____                                    _____

                                                                     Plaintiff