1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    CURTIS HOLLIDAY,                        No. CIV S-07-1422-LKK-CMK-P

10              Plaintiff,

11        vs.                                       <u>ORDER</u>

12   D.K. SISTO, et al.,

13              Defendants.

14   _____/

15          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

16   to 42 U.S.C. § 1983.  An answer to plaintiff's complaint has been filed and, therefore, this case is

17   now at issue.  Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set

18   a schedule for this litigation.

19          1.      Discovery may now proceed.  Discovery requests shall be served by the

20   party seeking the discovery on all parties to the action.  Discovery requests shall not be filed with

21   the court except when required by Eastern District of California Local Rules 30-250(a), 33-

22   250(c), 34-250(c), and/or 36-250(c).  Improperly filed discovery requests will be disregarded;

23          2.      Responses to written discovery requests shall be due forty-five days after

24   the request is served;

25          3.      Pursuant to Federal Rule of Civil Procedure 30(a), defendant(s) may

26   depose plaintiff and any other incarcerated witness upon condition that, at least 14 days before

1

1  such a deposition, all parties are served with the notice required by Federal Rule of Civil

2  Procedure 30(b)(1);

3          4.      If disputes arise about the parties' obligations to respond to requests for

4  discovery, the parties shall comply with all pertinent rules, including Federal Rules of Civil

5  Procedure 5, 7, 11, 26, and 37 and Eastern District of California Local Rules 5-134, 5-135, 6-

6  136, 7-130, 7-131, 11-110, 43-142, and 78-230(m); unless otherwise ordered, Local Rule 37-251

7  shall not apply.  Filing a discovery motion that does not comply with all applicable rules may

8  result in imposition of sanctions, including but not limited to denial of the motion;

9          5.      The parties may conduct discovery until October 13, 2008.  Any motions

10 necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to

11 Fed. R. Civ. P. 30, 31, 33, 34, and 36 shall be served not later than 60 days prior to this discovery

12 cut-off date;

13         6.      All dispositive motions shall be filed within 60 days after the discovery

14 cut-off date specified above;

15         7.      Unless otherwise ordered, all motions shall be briefed pursuant to Local

16 Rule 78-230(m), and failure to oppose such a motion in a timely manner may be deemed a

17 waiver of opposition to the motion; and

18         8.      At a later stage in the proceedings, the parties will be required to submit

19 reports on the status of this litigation.  Following submission of status reports from all parties, the

20 court will issue a final scheduling order.

21         IT IS SO ORDERED.

22

23 DATED:  April 14, 2008

24                                                    _Craig M. Kellison_____

25                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26