IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HOLLIDAY, | No. CIV S-07-1422-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request to take the oral deposition of defendants Naku and Traquina.

In view of the logistical problems inherent in the taking of a deposition within a prison, and pursuant to its authority to order such terms as will provide for the safe and expeditious taking of depositions, this court denies plaintiff's request to take the defendants oral deposition but grants plaintiff leave to proceed with the depositions by written question. If plaintiff chooses to proceed in this manner he may submit a list of questions for each defendant to this court, with appropriate copies served on the defendants, within thirty days from the date of this order. Such list of questions must be submitted separately for each defendant. Defendants

will then have thirty days in which to object to any questions, and submit questions of their own. Plaintiff may object to proposed cross-examination questions within the next fourteen days. Upon the submission of all questions and objections thereto, the court will issue a further order ruling on any objections and forwarding all permissible questions to defendants, who will be directed to respond.

Accordingly IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to take defendants' oral depositions (Doc. 17) is denied;

2. Plaintiff is granted leave to take defendants' depositions by written questions;

3. Within 30 days of the date of this order, plaintiff shall file and serve proposed deposition questions;

4. Within 14 days of the date of service of plaintiff's proposed questions, defendants may file and serve objections and questions of their own;

5. Within 14 days of the date of service of any objections and proposed questions by defendants, plaintiff may file and serve his objections; and

6. Following submission of all questions and objections, the court will issue a further order ruling on objections and forwarding permissible questions to defendants.

DATED: June 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE