IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HOLLIDAY, | No. CIV S-07-1422-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 23).

      On September 22, 2008, defendant Naku filed a motion for summary judgment. Plaintiff seeks a 45-day extension of time in which to file his response in opposition to the motion.  Good cause appearing therefor, the request will be granted.  Plaintiff is directed to this court's January 31, 2008 order (Doc. 12), which explains the requirements for opposing a motion for summary judgment.  Plaintiff is again warned that if he does not file and serve a written opposition to the motion, the court may consider the failure to act as a waiver of opposition to the defendant's motion.  <u>See</u> Local Rule 78-230(m).

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.    Plaintiff's motion for an extension of time is granted;

3      2.    Plaintiff may file his response in opposition to the defendant's motion for summary judgment within 45-days of the date of service of this order; and

3.    The Clerk of the Court is directed to send plaintiff another copy of the court's order filed January 31, 2008 (Doc. 12-1).

DATED: October 15, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE