IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HOLLIDAY, | No. CIV S-07-1422-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

     Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration of the magistrate judge's June 12, 2008 order (Doc. 26).

     Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  Here, the motion for reconsideration of the magistrate judge's order was filed on October 21, 2008, which is more than 10 days from the date of service of the magistrate judge's order.[1]  The motion is, therefore,

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266 (1988), for pro se prisoner litigants seeking reconsideration, the court has calculated the 10-day period from the date the motion was

1

1  untimely.

2  However, even if the motion was filed timely, the court would deny the motion
3  because it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to
4  law.  See Eastern District of California Local Rule 72-303(f) (a magistrate judge's order shall be
5  upheld unless "clearly erroneous or contrary to law").  In his request for reconsideration of the
6  order denying his request for counsel, he claims defense counsel is not cooperating in the
7  discovery process.  However, discovery closed on October 13, 2008.  Any motions necessary to
8  compel discovery were to be filed by that date.  None have been filed.  In addition, plaintiff
9  requested leave to take oral depositions of the defendants on May 15, 2008.  That request was
10 denied, but plaintiff was granted leave to take the defendants' depositions by written questions.
11 Plaintiff had until July 27, 2008 to file and serve his proposed deposition questions.  He failed to
12 do so.  Therefore, his allegation that defense counsel is not cooperating in the discovery process
13 is also untimely.

14 Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration
15 (Doc. 26) is denied as untimely.

16 DATED: November 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

26 delivered to prison authorities for mailing to the court.  Otherwise, the 10-day period has been calculated based on the date the motion for reconsideration was actually filed.